CR 07 00327 RMW

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| TRANSFER OF JURISDICTION **Filed** MAY 2 4 2007 | | Cr. 00-074-001-S-EJL |
| | | DOCKET NUMBER *(Rec. Court)* |

1C 8m

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Idaho | DIVISION Boise |
|---|---|---|
| Nnenna S. Price | NAME OF SENTENCING JUDGE Honorable Edward J. Lodge | |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DATES OF SUPERVISED RELEASE | FROM April 18, 2007 | TO April 17, 2012 |
|---|---|---|

**OFFENSE**

18 § 1344  Bank Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ IDAHO _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/25/07
_____
Date

Edward J. Lodge
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ NORTHERN ___ DISTRICT OF ___ CALIFORNIA ___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/21/07
_____
Effective Date

Ronald M Whyte
_____
United States District Judge