# UNITED STATES DISTRICT COURT **FILED**

for

NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

JUL 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Petition for Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Nnenna S Price | Docket No.: | CR 07-00327-01 RMW |

Name of Sentencing Judge:    Marilyn McCarthy Manning
United States District Judge

Date of Original Sentence:    January 8, 2001

Original Offense:
Count One: Bank Fraud, 18 U.S.C. § 1344, a Class B felony

Jurisdiction was transferred from the District of Idaho on May 21, 2007 to the Northern District of California.

Original Sentence: 16 months BOP, 5 years TSR
Special Conditions: Community service 100 hours; drug/alcohol treatment; access to financial information; no new lines of credit or debt; search

Type of Supervision: Supervised Release          Date Supervision Commenced: August 6, 2002
Assistant U.S. Attorney: Wendy J. Olson          Defense Counsel: S. Richard Rubin (Appointed)

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge, Richard Seeborg, for identification of counsel and setting of further proceedings on July 26, 2007 at 9:30am

I, Jose E. Martinez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Nnenna S Price  
CR 07-00327-01 RMW

Page 2

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition which required the offender to report to the probation office in the district to which the defendant is released withing 72 hours of release from the custody of the Bureau of Prisons. |

> The offender was sentenced in the District of Idaho. He completed his federal sentence on March 6, 2002, at which time he remained in state custody in Arizona until August 6, 2002. In February 2003, the offender was arrested on a warrant out of Santa Clara County.
>
> Since the offender's release in August 2002, he has failed to report to the U.S. Probation Office, nor has he availed himself to supervision.
>
> Evidence of this violation can be found in a letter dated April 4, 2007, from the District of Idaho.

Two — There is probable cause to believe that the offender violated standard condition number which states that he shall refrain from the use of controlled substance.

> On April 18, 2007, a home visit was conducted by myself and Supervisory U.S. Probation Officer Portillo. Upon contacting the offender, there was a smell of marijuana emitting from the apartment. We asked the offender to step outside and we also detected a marijuana odor emitting from the offender. The offender was directed to report to the officer the following day.
>
> On April 19, 2007, the offender submitted a urine sample which later tested positive for the use of marijuana and cocaine.
>
> On April 27, 2007, the offender submitted a urine sample which later tested positive for the use of marijuana, amphetamine, methamphetamine, and cocaine.
>
> On May 21, 2007, the offender failed to show for drug testing.
>
> Evidence of these violations can be found in the U.S. Probation Office files, the Scientific Testing Laboratories, Inc., specimen numbers A00197182 and A00197185, and the files with Pathways Society, Inc. of Santa Clara, California.

NDC-SUPV-FORM 12C(1) 03/23/05

Nnenna S Price            Page 3
CR 07-00327-01 RMW

| | |
|---|---|
| Three | There is probable cause to believe that the offender violated special condition number one which states that he shall participate in a program of drug/alcohol aftercare, in addition to the urine testing as directed by the probation officer. |

On April 27, 2007, the offender was instructed to contact and enroll in a residential drug treatment program by April 30, 2007. He was also referred for urine testing and outpatient drug treatment. On April 30, 2007, the offender reported to this officer that he would not participate in a residential program would leave his live-in pregnant girlfriend homeless.

On May 9, 2007, the offender was again instructed to contact and enroll in a residential drug treatment program by May 14, 2007. He failed to follow my instructions.

On May 24, 2007, the offender was again instructed to contact and enroll in a residential drug treatment program. To date, he has failed to follow my instructions.

Evidence of this violation can be found in records maintained with the U.S. Probation Office in San Jose, California.

Four     There is probable cause to believe that the offender violated his special condition which required him to pay $6,419.60 in restitution.

According to a letter from the District of Idaho dated April 4, 2007, the offender has not made any payments toward restitution.

Five     There is probable cause to believe that the offender violated his special condition which required him to complete 100 hours of community service in lieu of a fine.

The offender has failed to provide verification of completing his community service work. There is no evidence to indicate that the offender has completed any community service work.

Address of offender:     55 Newell Road, # 113
East Palo Alto, CA 94303

Based on the foregoing, there is probable cause to believe that Nnenna S. Price violated the conditions of his supervision.

NDC-SUPV-FORM 12C(1) 03/23/05

Respectfully submitted,

_____
Jose E. Martinez
U.S. Probation Officer Specialist
Date Signed: July 18, 2007

Approved as to form:

_____
Susan Portillo
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge, Richard Seeborg, for identification of counsel and setting of revocation proceedings on July 26, 2007 at 9:30am

☐ Other:

7/19/07
_____            _____
Date                                    Ronald M. Whyte
                                        United States District Judge