IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>NNENNA S. PRICE,<br><br>        Defendant. | ***E-FILED - 8/14/07***<br><br>CASE NO.: CR-07-00327-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE** |

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for August 20, 2007, has been continued to **August 27, 2007 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 14, 2007

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28