## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00327 RMW

**TITLE:** UNITED STATES OF AMERICA    -V- NNENNA S. PRICE

  **APPEARANCES:**   Present
  **INTERPRETER:**
  PROBATION:

**PLTF:** AUSA: B. KENNEDY       **DEFT:** NICK HUMY

**COURT ACTION:** STATUS HEARING RE: REVOCATION

**Hearing Held.  Status on Hearing re Revocation continued to 10/1/07 at 9:00 a.m.**

/s/ Corinne Lew
**Corinne Lew**
**Courtroom Deputy**