**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00327-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NNENNA S. PRICE
  **APPEARANCES:**           (P)

**PLTF:** AUSA: B. Kennedy        **DEFT:** N. Humy

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel needs time to workout a possible resolution with Probation. Probation Officer - Joe Martinez is out ill today. The Court continued this matter to 10/15/07 @ 9:00 am for a Status Hearing.**

  */s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**