*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** October 15, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00327-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- NNENNA S. PRICE
      **APPEARANCES:**                              (P)

**PLTF:** AUSA: B. Kennedy          **DEFT:** N. Humy
    **PROBATION OFFICER:**          J. Martinez

**COURT ACTION:** **DISPOSITION/SENTENCING**

**Hearing Held. The defendant admitted guilt to Charge 1 of the Petition. The Court revoked the defendant's supervised release and reinstated supervised release for a period of 4 years to commence on 7/19/07 and conclude on 7/19/11. The special conditions of release previously ordered shall remain in effect. The government moved to dismiss Charge 2 thru 5 of the Petition. See Judgment for specifics.**

                                           */s/ Jackie Garcia*
                                           JACKIE GARCIA
                                           **Courtroom Deputy**