THOMAS E. MOSS
UNITED STATES ATTORNEY
**AMY S. HOWE, ISB NO. 3385**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BLVD., SUITE 600
BOISE, ID 83712
TELEPHONE: (208) 334-1211
FAX NO:     (208) 334 9375

FILED
2008 JAN 15  A 10: 02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 00-074-001-S-EJL |
| vs. | **PLAINTIFF'S MOTION FOR AMENDED GARNISHMENT ORDER** |
| NNENNA S. PRICE, | |
| Defendant, | |
| and | |
| COSTCO WHOLESALE CORP., | |
| Garnishee. | |

COMES NOW the Plaintiff, United States of America, by and through the United States Attorney for the District of Idaho, and hereby moves the Court, under and pursuant to 28 U.S.C. § 3205, for an Amended Garnishment Order redirecting all future payments to be sent to the District of Northern California at the following address:

**PLAINTIFF'S MOTION FOR AMENDED GARNISHMENT ORDER - PAGE 1**

United States District Court
District of Northern California
280 South 1st Street
San Jose, CA  95113

Dated this 16th day of August, 2007.

                                        THOMAS E. MOSS
                                        United States Attorney
                                        By


                                        /s/
                                        AMY S. HOWE
                                        Assistant United States Attorney

**PLAINTIFF'S MOTION FOR GARNISHMENT ORDER - PAGE 2**