FILED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>NNENNA S. PRICE, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>COSTCO WHOLESALE CORP., )<br>)<br>Garnishee. )<br>) | Case No. CR 00-074-001-S-EJL<br><br>**GARNISHMENT ORDER** |

A Writ of Continuing Garnishment, directed to Garnishee, Costco Wholesale Corp., has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer of Garnishee which indicates that, at the time of the service of the Writ, Garnishee had in its possession or under its control non-exempt property belonging to and due Defendant Nnenna S. Price and that Garnishee was indebted to Defendant.

On April 12, 2007, Defendant was notified of a right to a hearing and has not requested a hearing nor filed any claim of exemption, objection or other pleading in opposition to Plaintiff's garnishment or Garnishee's answer.

THEREFORE, IT IS HEREBY ORDERED that the Motion for Order for Writ of Continuing Garnishment (docket no. 42) is GRANTED, and that pursuant to 28 U.S.C.

GARNISHMENT ORDER - 1

§ 3205(c)(7) and 15 U.S.C. § 1673(a), Garnishee pay to Plaintiff, United States of America, upon completion of any prior garnishments currently being honored, the lesser of: 1) twenty-five percent (25%) of the Defendant's disposable earnings; or 2) the amount by which the Defendant's disposable earnings exceed thirty times the federal minimum hourly wage. Payments shall be made payable to the U.S. District Court Clerk, and shall be mailed to 550 West Fort St., MSC 039, Boise, Idaho 83724.

IT IS FURTHER ORDERED that the Garnishee continue said payments until Defendant's debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this Court.

The Clerk of the Court shall mail a copy of this Order to the Defendant, to the Garnishee and to counsel for the United States of America.

DATED: May 31, 2007

Honorable Edward J. Lodge
U. S. District Judge

GARNISHMENT ORDER - 2